UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FREDERICK PAUL PETELL, JR.,

                        Plaintiff,

        -against-                                    7:12-CV-1596 (LEK/CFH)

COMMISSIONER OF SOCIAL
SECURITY,

                        Defendant.

_____

## ORDER

        This is an action for judicial review of the Social Security Administration's ("SSA")

decision denying Plaintiff Frederick Paul Petell, Jr. ("Plaintiff") disability benefits.  The matter

comes before the Court following a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and

Local Rule 72.3 filed on February 28, 2014, by the Honorable Christian F. Hummel, U.S. Magistrate

Judge, affirming the SSA's decision.  Dkt. No. 26 ("Report-Recommendation").

        Within fourteen days after a party has been served with a copy of a magistrate judge's report-

recommendation, the party "may serve and file specific, written objections to the proposed findings

and recommendations."  FED. R. CIV. P. 72(b); L.R. 72.1(c).  "If no objections are filed . . .

reviewing courts should review a report and recommendation for clear error."  Edwards v. Fischer,

414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006); see also Cephas v. Nash, 328 F.3d 98, 107 (2d Cir.

2003) ("As a rule, a party's failure to object to any purported error or omission in a magistrate

judge's report waives further judicial review of the point."); Farid v. Bouey, 554 F. Supp. 2d 301,

306 (N.D.N.Y. 2008).

        No objections to the Report-Recommendation were filed within the allotted time period.

See generally Docket.  The Court has conducted a thorough review of the record and the Report-Recommendation and finds no clear error.

Accordingly, it is hereby:

**ORDERED**, that the Report-Recommendation (Dkt. No. 26) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED**, that the Social Security Administration's decision is **AFFIRMED**; and it is further

**ORDERED**, that the Clerk of the Court serve a copy of this Order on all parties in accordance with the Local Rules.

**IT IS SO ORDERED**.

DATED:       March 21, 2014
             Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge